# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

## MOTION BY A PERSON IN FEDERAL CUSTODY TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255

### UNITED STATES DISTRICT COURT
### Pensacola Division

3:05CV129/LAC/MD

**Name of Movant/Defendant**: Kimberly Dukes Ford     **Prisoner No.** #05758-017

**Case No.** 3:04CR00011

**Place of Confinement (including address):**
FMC CARSWELL
FEDERAL MEDICAL CENTER
P.O. BOX 27137
FORT WORTH, TX  76127


### UNITED STATES OF AMERICA v. KIMBERLY DUKES FORD

(name under which convicted)

### MOTION

1. Name and location of court which entered the judgment of conviction under attack:
Northern District of Florida, Pensacola Division

2. Date of judgment of conviction:
April 13, 2004

3. Length of sentence:
231 months and 225 months

4. Nature of offense involved (all counts):
Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine and conspiracy to commit money laundering.

5. What was your plea? (Check one)
(a) Not Guilty
(b) Guilty
(c) Nolo contendere

1

If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment,
give details:


6. If you pleaded not guilty, what kind of trial did you have? (Check one)
(a) Jury
(b) Judge only

7. Did you testify at the trial?

8. Did you appeal from the judgment of conviction to the Eleventh Circuit Court of Appeals?
No

9. If you did appeal, answer the following:
(a) Result:
(b) Date of result and mandate:

10. Did you file a petition for rehearing?
No

11. If you did file a petition for rehearing, provide the date and result of the petition:

12. Did you file a petition for certiorari review?
No

13. If you did file a petition for certiorari review, provide the date and result of the petition:

14. Have you previously filed any post-conviction petitions, applications or motions, including previous § 2255 motions, with respect to this judgment in any federal court?
No

15. If your answer to 14 was "yes," give the following information:

(a) (1) Name of court:

(2) Nature of proceeding:

(3) Grounds raised:

(4) Did you receive an evidentiary hearing on your petition, application or motion?

(5) Result:

(6) Date of result:

(b) If you filed more than one such petition, please include the same information requested in 11(a)
on a separate sheet of paper.

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken
on your petition, application or motion?

(1) First petition, etc.

(2) Second petition, etc.

(d) If you did *not* appeal from the adverse action of any petition, application or motion, explain briefly
why you did not:

16. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
**Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.**
A. Ground one:  Ms. Ford's appellate counsel was ineffective when he failed to file a notice of appeal, thus forfeiting her right to appeal.

Supporting FACTS (state *briefly* without citing cases or law):
Ms. Ford wishes to appeal her sentence, but her attorney advised her that she should waive her right to appeal in the hopes that the Government might file a motion for a sentence reduction based on Rule 35. Ms. Ford followed the advice of counsel and did not file a notice of appeal.

B. Ground two:  Alternatively, Ms. Ford was denied due process when the Government induced her to relinquish her right to appeal in exchange for a false promise of a Rule 35.

Supporting FACTS (state *briefly* without citing cases or law):  If Ms. Ford's counsel did not file a notice of appeal because the Government falsely promised a Rule 35 in exchange for Ms. Ford waiving her right to appeal, then Ms. Ford was denied due process.

3

C. Ground three:
Supporting FACTS (state *briefly* without citing cases or law):

D. Ground four:
Supporting FACTS (state *briefly* without citing cases or law):

17. As to the grounds listed in 16A, B, C, and D, explain whether any grounds were previously presented, and for those that were not previously presented, state *briefly* your reasons for not presenting them:
Ms. Ford is claiming ineffective assistance of appellate counsel. Neither of Ms. Ford's claims were presented to an appellate court.

18. Do you have any petition or appeal now pending in any court as to the judgment under attack?
No

19. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
No

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed
the sentence to be served in the future?

20. What relief do you request from this Court?
Ms. Ford requests that this Court reinstate her right to appeal her sentence.

　　　Wherefore, movant prays that the Court grant the relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

4

      I declare under penalty or perjury that the foregoing is true and correct. Executed on:

__4-12-05__        _Kimberly Ford / by Franjua Mh_
(Date)                Signature of Movant/Defendant

## IF MAILED BY PRISONER:

I declare or state under penalty of perjury that this petition was (check one): ____ delivered to prison officials for mailing, or ____ deposited in the prison's internal mail system on:

_____
(Date)

_____
Signature of Movant/Defendant

5