ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | (3:04-CR-11) |
| | ) | |
| KIMBERLY DUKES FORD | ) | |
| | ) | |
| Movant. | ) | |

## MOTION TO SUPPLEMENT MEMORANDUM IN SUPPORT OF PETITION UNDER 28 U.S.C. § 2255

On April 13, 2005, and in case number 3:03-CR-135, the above referenced movant filed a Memorandum in Support of Petition under 28 U.S.C. § 2255. In case number 3:04-CR-11, Movant filed an identical memorandum. In these memoranda, counsel for Ms. Ford stated that he would supplement the Petition and brief with an affidavit explaining Ms. Ford's consultation with her attorney, Clinton Couch.

The undersigned counsel has since received Ms. Ford's affidavit and has attached this original document, a copy of the affidavit, and the petitioner's signature page to this motion. Counsel requests that both the affidavit and signature page be included with the previously filed memoranda and petitions, respectively. Although Ms. Ford's memoranda were filed separately under two distinct case numbers, counsel requests that the affidavit apply to both documents, as the memoranda, in context, are identical.

1

2

                    Respectfully submitted,

                    */s/ Franklyn Mickelsen*
                    Franklyn Mickelsen
                    Texas State Bar No. 14011020
                    Broden & Mickelsen
                    2707 Hibernia Street
                    Dallas, Texas 75204
                    214-720-9552
                    214-720-9594 (facsimile)

                    Attorney for Kimberly Ford

3

## CERTIFICATE OF SERVICE

I, Franklyn Mickelsen, certify that on April 15, 2005 I caused the foregoing document to be served by first class mail, postage prepaid, on the United States Attorney's Office for the Northern District of Florida, Pensacola Division.

Franklyn Mickelsen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **KIMBERLY DUKES FORD,** | ) |
| | ) |
| Petitioner, | ) Civil Action No. _____ |
| | ) (3:03-CR-135 and 3:04-CR-11) |
| v. | ) |
| | ) |
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| Respondent. | ) |
| | ) |
| _____ | ) |

### AFFIDAVIT

My name is Kimberly Dukes Ford. I was the defendant in the criminal cause of action number 3:03-CR-135 and 3:04-CR-11. I am the petitioner in the writ of habeas corpus civil cause of action. I have prepared this affidavit at the request of my attorney.

Clinton Couch was appointed to represent me in the criminal action. On January 22, 2004, I pled guilty to one count of conspiracy to distribute and possess with intent to distribute 5 kilograms or more of a mixture and substance containing cocaine and one count of conspiracy to commit money laundering. On April 13, 2004, I was sentenced 231 months and 225 months respectively to run concurrent.

After my sentencing hearing, I told Mr. Couch I wanted an appeal. He advised me that I should not appeal because it would jeopardize a sentence reduction based on Rule 35. Mr. Couch therefore did not file a notice of appeal on my behalf. I believe I had meritorious claims and wished to appeal. However, I followed my lawyer's advice and did not. The Government has since refused, despite my repeated debriefings, to move for a sentence reduction. As of know, I have no right to appeal, nor do I have the benefit of a Rule 35.

Signed on this the ___14___ day of April. 2005.

_Kimberly Dukes Ford_
Kimberly Dukes Ford

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| KIMBERLY DUKES FORD, | ) |
| | ) |
| Petitioner, | ) Civil Action No. _____ |
| | ) (3:03-CR-135 and 3:04-CR-11) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Respondent. | ) |
| | ) |
| _____ | ) |

## PETITIONER'S SIGNATURE PAGE

"I declare under penalty of perjury that the Memorandum in Support of Petition under 28 U.S.C. §2255 is true and correct."

Executed on this the _19_ day of April, 2005.

_____
Kimberly Dukes Ford