IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                             CASE NO.: 3:04cr11/LAC
                                                3:05cv129/LAC/MD

**KIMBERLY DUKES FORD**
_____

**O R D E R**

Defendant has filed a motion to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255, memorandum, and supplement. (Doc. 15, 16, 17).

It is hereby ORDERED:

The clerk of this court is directed to furnish a copy of this order and of the motion to vacate, set aside, or correct sentence and supporting memorandum to the Office of the United States Attorney for this district, which office shall have forty-five (45) days from the date this order is entered on the docket in which to show cause, if any, why the relief requested should not be granted.

DONE AND ORDERED this 26th day of April, 2005.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE