**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                         CASE NO.  3:04cr11/LAC/MD

KIMBERLY DUKES FORD                                         3:05cv129/LAC/MD

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on    APRIL 22, 2005
Type of Motion/Pleading: MOTION TO SUPPLEMENT [16] MEMORANDUM IN SUPPORT OF PETITION UNDER 28 U.S.C.§ 2255
Filed by: DEFENDANT on 4/21/05 Document 17
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                                   on               Doc.#
                                                   on               Doc.#
                                                  WILLIAM M. McCOOL, CLERK OF COURT

                                                  s/L. James
                                                  Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 26th day of April, 2005, that:

(a)    The requested relief is GRANTED.

(b)    The clerk shall electronically place a copy of the motion and this order in case number 3:03cr135.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.