UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                    CASE NO:   3:03CR135LAC and
                                                  3:04CR11LAC

KIMBERLY DUKES FORD

_____/

THIS CAUSE CAME ON FOR SENTENCING before the Honorable Lacey A. Collier, Federal Court Judge, and was reported by Donna L. Boland, Registered Professional Reporter and Notary Public in and for the State of Florida, in Courtroom 4 North of the United States Courthouse, One North Palafox Street, Pensacola, Florida, on the 13th day of April 2004.

TRANSCRIPT PLACED IN 3:03cr135LAC

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2005 JUN 15 PM 3: 40

FILED

WIERZBICKI & STEPHENSON COURT REPORTING SERVICE